7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Kent Thomas Alexander and Beth Marie Alexander
*Debtor*

*Bankruptcy Case No.*
12–30472–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13–03016–can

v.

**Douglas Alexander**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: , that pursuant to 11 U.S.C. Section 363(h) the Trustee may sell the real estate described as:
All of Lots Six (6), Seven (7) and Lot Eight (8), Block Two (2),
of FIRST ELM STREET ADDITION to the City of Pierce City,
Missouri with a street address of 409 N. Myrtle St., Pierce City,
Missouri 65723.
From the proceeds, the Defendant, Douglas Alexander will receive one–half subject to the cost of the sale and other costs as allowed pursuant to 11 U.S.C. Section 363.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 3/5/14

Court to serve